UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL SHULTHEIS, et al.,

        Plaintiffs,

vs.

PALL CORP., et al.,

        Defendants.
_____/

Civil Action No.
04-CV-71861-DT

HON. BERNARD A. FRIEDMAN

## ORDER GRANTING DEFENDANTS' THIRD MOTION FOR SUMMARY JUDGMENT

On January 18, 2006, this matter came before the Court on Defendants' Third Motion for Summary Judgment. A hearing was held and oral argument heard. For the reasons stated on the record,

IT IS ORDERED that Defendants' Third Motion for Summary Judgment is granted. The Court shall grant the Motion with the understanding that Defendants pay $300 to Plaintiffs in order to resolve a potential, yet minimal, factual issue in this case. Such payment does not, in any way, serve as a finding of fact or an admission of liability. Instead, such payment is provided as a matter of justice. Our courts expect, and justice demands, that disputes be efficiently resolved. Such resolution is achieved when de minimis claims, such as the one remaining in this case, are terminated before the parties immerse themselves in further litigation and expense. Upon representation from Defendants, a check for $300 has been sent to Plaintiffs.

BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: 1-30-06
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.

Patricia Foster Hommel
Secretary to Chief Judge Friedman